JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prescription Care Pharmacy, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Opturmrx, Inc., et al.,<br><br>        Defendants. | SACV 18-01134 JVS(RAOx)<br><br>ORDER OF DISMISSAL |

The Court having issued an Order to Show Cause on July 23, 2018 as to why this action should not be dismissed for lack of jurisdiction, and the plaintiff having filed its response on August 7, 2018, requesting the Court dismiss the action without prejudice,

IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: August 8, 2018

_____
James V. Selna
United States District Judge